BNDPMH

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: <u>0:18−mj−06195−BSS</u> All Defendants
### *Internal Use Only*

Case title: USA v. Trapani

Date Filed: 04/20/2018
Date Terminated: 04/25/2018

Assigned to: Magistrate Judge
Barry S. Seltzer

### <u>Defendant (1)</u>

**Raymond Trapani**
18506−104
*YOB 1991 English*
*TERMINATED: 04/25/2018*
*also known as*
"Ray"
*TERMINATED: 04/25/2018*

represented by **Susan Katherine Bozorgi**
Marrero Bozorgi, PL
201 Alhambra Circle
Suite 1050
Miami, FL 33134
305−577−9711
Fax: 305 577−9712
Email: <u>sbozorgi@marrerobozorgi.com</u>
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

### <u>Pending Counts</u>

None

### <u>Disposition</u>

### <u>Highest Offense Level (Opening)</u>

None

### <u>Terminated Counts</u>

None

### <u>Disposition</u>

### <u>Highest Offense Level</u>
### <u>(Terminated)</u>

None

### <u>Complaints</u>

15:U.S.C.§78j(b),78ff
SECURITIES FRAUD 18:U.S.C.
§371 CONSPIRACY TO
COMMIT SECURITIES FRAUD
18:U.S.C.§ 1343 WIRE FRAUD

### <u>Disposition</u>

**Plaintiff**

**USA**                                    represented by **Terry Lindsey**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301−3002
954−356−7255
Fax: 356−7336
Email: Terry.Lindsey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/19/2018 | | | Arrest of Raymond Trapani (at) (Entered: 04/20/2018) |
| 04/20/2018 | 1 | 4 | Magistrate Removal of Complaint from SOUTHERN DISTRICT OF NEW YORK Case number in the other District 18−MAG−3271 as to Raymond Trapani (1). (at) (Entered: 04/20/2018) |
| 04/20/2018 | | | Set Hearings as to Raymond Trapani: Initial Appearance − Rule 5(c)(3)/40 set for 4/20/2018 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (at) (Entered: 04/20/2018) |
| 04/20/2018 | 2 | 42 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Susan Katherine Bozorgi appearing for Raymond Trapani (at) (Entered: 04/20/2018) |
| 04/20/2018 | 3 | 43 | Order to Unseal as to Raymond Trapani re 1 Magistrate Removal In. (Signed by Magistrate Judge Barry S. Seltzer on 4/20/2018). (at) (Entered: 04/20/2018) |
| 04/20/2018 | 4 | 44 | Minute Order for proceedings held before Magistrate Judge Barry S. Seltzer: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Raymond Trapani held on 4/20/2018. Detention Hearing set for 4/25/2018 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 4/25/2018 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (Digital 11:45:22−11:59:02) (Signed by Magistrate Judge Barry S. Seltzer on 4/20/2018). (at) (Entered: 04/20/2018) |
| 04/25/2018 | 5 | 45 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Detention Hearing as to Raymond Trapani held on 4/25/2018. Bond recommendation/set: Raymond Trapani (1) $2.5 MILLION AND $750,000 10% CASH., Removal Hearing as to Raymond Trapani NOT held on 4/25/2018. Deft signed waiver of removal and ordered removed. (Digital 11:12:08) (Signed by Magistrate Judge Patrick M. Hunt on 4/25/2018). (at) (Entered: 04/26/2018) |
| 04/25/2018 | 6 | 46 | $750,000 10% Cash Bond Entered as to Raymond Trapani Receipt # FLS 000010388. Approved by Magistrate Judge Patrick M. Hunt. *Please see bond image for conditions of release.* (at) (Additional attachment(s) added on 4/26/2018: # 1 Restricted Bond with 5th Page) (at). (Entered: 04/26/2018) |
| 04/25/2018 | 7 | 59 | |

| | | | |
|---|---|---|---|
| | | | $2.5 MILLION PSB Bond Entered as to Raymond Trapani Approved by Magistrate Judge Patrick M. Hunt. *Please see bond image for conditions of release.* (at) (Additional attachment(s) added on 4/26/2018: # 1 Restricted Bond with 5th Page) (at). (Entered: 04/26/2018) |
| 04/25/2018 | 8 | 73 | WAIVER OF REMOVAL HEARING by Raymond Trapani (at) (Entered: 04/26/2018) |
| 04/25/2018 | 9 | 74 | ORDER OF REMOVAL ISSUED to District of SOUTHERN DISTRICT OF NEW YORK as to Raymond Trapani Closing Case for Defendant. (Signed by Magistrate Judge Patrick M. Hunt on 4/25/2018). (at) <br><br> **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014−69.** (Entered: 04/26/2018) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: *18 - 6195 - Seltzer*

UNITED STATES OF AMERICA,
      Plaintiff,

                           **NOTICE OF TEMPORARY
v.                              APPEARANCE AS COUNSEL**

*Raymond Trapani*

      Defendant.
_____/

     COMES NOW ___*Susan K. Bozorgi*___ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): *Susan K. Bozorgi*

Counsel's Signature: _____

Address (include City/State/Zip Code):

*201 Alhambra Circle, Ste 1050
Coral Gables, FL 33134*

Telephone: *305-577-9711*     Florida Bar Number: *014914*

Date: *4-20-18*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
       Plaintiff

vs

Case No:18-6195-SELTZER

RAYMOND TRAPANI
       Defendant

## O R D E R

THIS CAUSE is before the Court for the initial appearance of the above-named

defendant(s) on a SEALED COMPLAINT filed in the Southern District of New York.

UPON ORAL motion of the government in open court that the CRIMINAL COMPLAINT

be unsealed as to all the defendants, it is hereby ORDERED AND ADJUDGED that the Sealed

CRIMINAL COMPLAINT be unsealed as to all parties in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of April, 2018.


BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE


cc: All Counsel of Record

43

UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT:   RAYMOND TRAPANI (J)# 18506-104   CASE NO:   18-6195-SELTZER

AUSA:   T. LINDSEY (T. LINDSEY DUTY AUSA)   ATTY:   SUSAN BOZORGI
USPO:

VIOL:   18:USC §371,1343,1349

PROCEEDING:   INITIAL APPEARANCE ON   RECOMMENDED BOND:
REMOVALD FROM SD/NY

BOND/PTD  HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @:   To be consigned by:

❑  All standard conditions

❑  Do not encumber  property.

GOV'T MOVES TO UNSEAL
COMPLAINT. ORE TENUM

❑  Surrender and / or do not obtain passports / travel documents.   MOTION GRANTED. ORDER SIGNED

❑  Rpt to PTS as directed /  or_ x's a week/month by phone; _   ATTY SUSAN BOZORGI FILED
   x's a week/month in person.

❑  Random  urine testing by Pretrial Services.   TEMP APP. IN COURT.
   Treatment as deemed necessary.

❑  Maintain or seek full - time employment.   ADVISED OF CHARGES.

❑  No contact with victims / witnesses.

❑  No firearms.   REQEST PTD FOR WED

❑  Electronic Monitoring:   APRIL 25, 2018

❑  Travel extended to:   REMOVAL AS WELL.

❑  Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT  RE
COUNSEL:

PTD/BOND
HEARING:   WED April 25, 2018   AT  10 AM   DUTY HUNT.

PRELIM/ARRAIGN OR
REMOVAL:   WED April 25, 2018   AT  10 AM   DUTY HUNT.

STATUS RE
PRELIM/HRG:

DATE:  4/20/18   TIME:  11:00 AM   FTL/TAPE/#  } 15 MINS {   Begin  DAR:
BSS-

12

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS
COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO   DAR:

11:45:22 - 11:51:02

# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 04/25/18    Time: 11:00 a.m.

Defendant: Raymond Trapani (J)    J#: 18506-104  Case #: 18-6195-Seltzer

AUSA: Terry Lindsey (Robert Brady Duty)    Attorney: Susan Bozorgi, Esq

Violation: Securities Fraud (Removal from the Southern District of New York)

Proceeding: PTD Hearing / Removal    CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: PTD

Bond Set at: _____    Co-signed by: _____

| | | |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs | Language: _____ |
| ☐ | Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | Disposition: |
| ☐ | Random urine testing by Pretrial Services _____ Treatment as deemed necessary | All parties present - |
| ☐ | Refrain from excessive use of alcohol | Deft signed Waiver of Removal and Ordered Removed. |
| ☐ | Participate in mental health assessment & treatment | 'Agreed Bonds in the amount $2.5M- |
| ☐ | Maintain or seek full-time employment/education | PSB Cosigned by three family members |
| ☐ | No contact with victims/witnesses | and $750,000-10% |
| ☐ | No firearms | |
| ☐ | Not to encumber property | |
| ☐ | May not visit transportation establishments | |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | See bond for conditions and special conditions. |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ | Travel extended to: _____ | |
| ☐ | Other: _____ | |

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:12:08 _____    Time in Court: 30 Mins

Page: _____

(Rev. 03/2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND:

### CASE NO.: <u>18-6195-Seltzer</u>

UNITED STATES OF AMERICA:
                    Plaintiff,

v.                                                        **JAIL #: 18506-104**

RAYMOND TRAPANI,
                    Defendant,

I, Raymond Trapani, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ *750,000   10% Bond*

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3.  May not change his or her present address as recorded on this bond without prior permission in writing from the court.

4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5.  The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

6.  Shall not commit any act in violation of state or federal laws.

**DEFENDANT: Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

___ b. Report to Pretrial Services as follows: ( ) *as directed or__ time(s) a week in person and__ time(s) a week by telephone;*

___ c. Submit to substance abuse testing and/or treatment;

___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in mental health assessment and/or treatment;

___ f. Participate and undergo a sex offense specific evaluation and treatment;

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

___ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

___ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own until the bond is discharged, or otherwise modified by the Court;

___ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;*

___ m. No access to the internet via any type of connectivity device (*i.e., computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

___ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay ( )* or **paid for by Pretrial Services ( ).**

___ **Curfew:** You are restricted to your residence every day from___ to___, or as directed by the Court.

___ **Home Detention:** You are restricted to your residence at all times except for: ( ) **medical needs or treatment, ( ) court appearances, ( ) attorney visits or court ordered obligations, and ( ) other** _____

___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ( ) **employment; ( ) education;**
**( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visits;**
**( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and**
**( ) other ____**

___ p. May travel to and from: <u>SOUTHERN DISTRICT OF FL</u>, and must notify Pretrial Services of travel plans before leaving and upon return.

___ q. Comply with the following additional conditions of bond: *See attached*
_____
_____
_____

47

- PSB of $2.5 million, co-signed by 3 Persons (mother - Kerri Hagner and mothers boyfriend-Basil Gaissert and defendants brother- Nicholas Trapani (who will appear in SDNY and sign in the courthouse there)
- 750,000 10% bond with - $75,000 check to be deposited in clerk of court in SDFL
- Participation in and completion of an in-patient dual diagnosis treatment program and defendant to complete both mental health and substance abuse portion of treatment for a minimum of thirty days and more if so recommended- followed by home detention with location monitoring or gps as required by SDNY, client to bear cost of monitoring. (Defendant allowed out for: court, attorney/client meetings, employment, medical appointments and religious services).
- Prohibition against accessing the digital wallet containing Centra Tech ICO funds or transferring any funds out of the digital wallet, except for purposes of complying with seizure warrant.
- Prohibition against use or access to any computers, smartphones, or internet.
- Prohibition against possession of any firearms, destructive devices, or other weapons.
- Prohibition against unlawfully possessing any narcotic drugs or other controlled substances defined in 21 U.S.C. Sec. 802, unless prescribed by a licensed medical practitioner in the dosage approved by the prescription.
- Prohibition against use of alcohol excessively.
- Drug testing if required by the Pre-Trial Services Officer.
- Travel restricted to SDNY, EDNY, SDFL.
- Surrender any travel documents and no new applications.
- Participation in mental treatment upon completion of dual diagnosis in patient program.
- All conditions to be met before release.

**DEFENDANT:  Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE THREE**

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT:  Raymond Trapani
CASE NUMBER: 18-6195-Seltzer
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

---

| NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing. |
| --- |

### DEFENDANT

Signed this _25th_ day of _April_____, 20 _18_  at FORT LAUDERDALE_ , Florida

Signed and acknowledged before me:          DEFENDANT: (Signature) _Ray  T._

_____          _Ft. Lauderdale_          _FL._
                Witness                              City                              State

### CORPORATE SURETY

Signed this_____day of _____, 20 _18_  at FORT LAUDERDALE_ , Florida

SURETY: _____          AGENT: (Signature)_____

_____                  PRINT NAME: _____
         City                    State

### INDIVIDUAL SURETIES

Signed this_25_ day of _April_ , 20 _18_ at FORT LAUD_ , Florida  Signed this____ day of _____, 20 _18_ at FORT LAUD_ , Florida

SURETY: (Signature) _Keri Hagner_          SURETY: (Signature)_____

PRINT NAME: _Kerri Hagner_          PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _Mother_          RELATIONSHIP TO DEFENDANT: _____

_Virginia Beach_          _VA_          _____
         City                    State                      City                      State

Signed this___ day of _____, 20 _18_ at FORT LAUD_ , Florida  Signed this____ day of _____, 20 _18_ at FORT LAUD_ , Florida

SURETY: (Signature)_____          SURETY: (Signature)_____

PRINT NAME: _____          PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____          RELATIONSHIP TO DEFENDANT: _____

_____          _____
         City                    State                      City                      State

### APPROVAL BY THE COURT

Date: _4/25/18_          _P.M. Hunt_

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 0
Receipt Number: FLS000010388
Cashier ID: DimasRod
Transaction Date: 04/25/2018
Payer Name: Kerri Hagner
-------------------------------
TREASURY REGISTRY
 For: Raymond Trapani
  Case/Party: D-FLS-0-18-MJ-006195-001
  Amount:        $75,000.00
-------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 68-7497
 Amt Tendered: $75,000.00
-------------------------------
Total Due:    $75,000.00
Total Tendered: $75,000.00
Change Amt:       $0.00

10 % Cash Bond

18-MJ-6195-001-BSS

Remitter: Kerri Hagner

Address:


23455
on behalf ...

Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```

(Rev. 03/2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND:

### CASE NO.: __18-6195-Seltzer__

UNITED STATES OF AMERICA:
        Plaintiff,

v.                            __JAIL #__: 18506-104

RAYMOND TRAPANI,
        Defendant,

I, Raymond Trapani, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ *750,000   10% Bond*

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

    1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

    2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

    3.  May not change his or her present address as recorded on this bond without prior permission in writing from the court.

    4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

    5.  The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    6.  Shall not commit any act in violation of state or federal laws.

**DEFENDANT: Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

__ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

__ b. Report to Pretrial Services as follows: (  ) *as directed or__ time(s) a week in person and__ time(s) a week by telephone;*

__ c. Submit to substance abuse testing and/or treatment;

__ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

__ e. Participate in mental health assessment and/or treatment;

__ f. Participate and undergo a sex offense specific evaluation and treatment;

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

__ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

__ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

__ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own until the bond is discharged, or otherwise modified by the Court;

__ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

__ m. No access to the internet via any type of connectivity device (*i.e., computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

__ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which (  ) **will not** or (  ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay (  )* or **paid for by Pretrial Services (  )**.
   __ **Curfew:** You are restricted to your residence every day from___ to___, or as directed by the Court.

   __ **Home Detention:** You are restricted to your residence at all times except for: (  ) **medical needs or treatment, (  ) court appearances, (  ) attorney visits or court ordered obligations, and (  ) other** _____

__ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
   You are restricted to the halfway house at all times except for: (  ) **employment; (  ) education;**
   (  ) **religious services; (  ) medical, substance abuse, or mental health treatment; (  ) attorney visits;**
   (  ) **court appearances; (  ) court ordered obligations; (  ) reporting to Pretrial Services; and**
   (  ) **other ____**

__ p. May travel to and from: <u>SOUTHERN DISTRICT OF FL</u>, and must notify Pretrial Services of travel plans before leaving and upon return.

__ q. Comply with the following additional conditions of bond: *See attached*
_____
_____
_____

- PSB of $2.5 million, co-signed by 3 Persons (mother - Kerri Hagner and mothers boyfriend-Basil Gaissert and defendants brother- Nicholas Trapani (who will appear in SDNY and sign in the courthouse there)
- 750,000 10% bond with - $75,000 check to be deposited in clerk of court in SDFL
- Participation in and completion of an in-patient dual diagnosis treatment program and defendant to complete both mental health and substance abuse portion of treatment for a minimum of thirty days and more if so recommended- followed by home detention with location monitoring or gps as required by SDNY, client to bear cost of monitoring. (Defendant allowed out for: court, attorney/client meetings, employment, medical appointments and religious services).
- Prohibition against accessing the digital wallet containing Centra Tech ICO funds or transferring any funds out of the digital wallet, except for purposes of complying with seizure warrant.
- Prohibition against use or access to any computers, smartphones, or internet.
- Prohibition against possession of any firearms, destructive devices, or other weapons.
- Prohibition against unlawfully possessing any narcotic drugs or other controlled substances defined in 21 U.S.C. Sec. 802, unless prescribed by a licensed medical practitioner in the dosage approved by the prescription.
- Prohibition against use of alcohol excessively.
- Drug testing if required by the Pre-Trial Services Officer.
- Travel restricted to SDNY, EDNY, SDFL.
- Surrender any travel documents and no new applications.
- Participation in mental treatment upon completion of dual diagnosis in patient program.
- All conditions to be met before release.

**DEFENDANT:   Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE THREE**

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

**DEFENDANT:  Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE FOUR**

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

| NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing. |
| --- |

#### DEFENDANT

Signed this _25th_ day of _April_ , 20 _18_ at FORT LAUDERDALE , Florida
Signed and acknowledged before me:                    DEFENDANT: (Signature) _Ray Tr_

_Witness_                    _Ft. Lauderdale_        _FL_
                                City                              State

#### CORPORATE SURETY

Signed this _____ day of _____ , 20 _18_ at FORT LAUDERDALE , Florida
SURETY: _____        AGENT: (Signature) _____
                                        PRINT NAME: _____
_____    _____
    City                State

#### INDIVIDUAL SURETIES

Signed this _25_ day of _April_ , 20 _18_ at FORT LAUD , Florida    Signed this ____ day of _____ , 20 _18_ at FORT LAUD , Florida
SURETY: (Signature) _Kerri Hagan_                    SURETY: (Signature) _____
PRINT NAME: _Kerri Hagner_                        PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _Mother_                RELATIONSHIP TO DEFENDANT: _____
_Virginia Beach_        _VA_
        City                State                                City                        State

Signed this ___ day of _____ , 20 _18_ at FORT LAUD , Florida    Signed this ____ day of _____ , 20 _18_ at FORT LAUD , Florida
SURETY: (Signature) _____            SURETY: (Signature) _____
PRINT NAME: _____                PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____        RELATIONSHIP TO DEFENDANT: _____

_____    _____                    _____        _____
    City                State                                City                        State

### APPROVAL BY THE COURT

Date: _4/25/18_                    _Pamwt_

**PATRICK M. HUNT**
**UNITED STATES MAGISTRATE JUDGE**

56

**DEFENDANT:  Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE FIVE**

### ADDRESS AND CONTACT INFORMATION
### FOR DEFENDANT AND SURETIES

As indicated in condition 3 of this bond, the defendant "May not change his or her present address as recorded on this bond without prior permission in writing from the court." The current addresses of the defendant and sureties are as indicated below:

### DEFENDANT

PRINT NAME: _Raymond. Trapani_
STREET ADDRESS: _1015  East Sunrise Blud, #403_
_Ft. Lauderdale  FL   33304_
    City      State      Zip
TELEPHONE: _516-456-3103_

### CORPORATE SURETY

SURETY: _____
AGENT: _____
STREET ADDRESS: _____

    City      State      Zip
TELEPHONE: _____

### INDIVIDUAL SURETIES

PRINT NAME: _Kerri Hagner_
RELATIONSHIP TO DEFENDANT: _Mother_
STREET ADDRESS: _2000 Meredith Rd_
_Virginia Beach  VA   23455_
    City      State      Zip
TELEPHONE: _516-418-4224_

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

    City      State      Zip
TELEPHONE: _____

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

    City      State      Zip
TELEPHONE: _____

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

    City      State      Zip
TELEPHONE: _____

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 0
Receipt Number: FLS000010388
Cashier ID: DimasRod
Transaction Date: 04/25/2018
Payer Name: Kerri Hagner
---------------------------------
TREASURY REGISTRY
 For: Raymond Trapani
 Case/Party: D-FLS-0-18-MJ-006195-001
 Amount:        $75,000.00
---------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 68-7497
 Amt Tendered: $75,000.00
---------------------------------
Total Due:      $75,000.00
Total Tendered: $75,000.00
Change Amt:     $0.00

10 % Cash Bond

18-MJ-6195-001-BSS

Remitter: Kerri Hagner

Address: 2000 Meredith Ave

              Virginia Beach, FL
23455
on behalf of Raymond Trapani

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```

Case 1:18-cr-00340-LGS   Document 3   Filed 04/26/18   Page 21 of 36

Case 0:18-mj-Case 16-mj-06195-BSS-1-06195-BSS-1 Document 7 Filed 04/25/18 Page 1 of 5 Entered on FLSD Docket 04/26/2018 Page 59 of 74

(Rev. 03/2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND:

### CASE NO.: 18-6195-Seltzer

UNITED STATES OF AMERICA:
        Plaintiff,

v.                                    **JAIL #**: 18506-104

RAYMOND TRAPANI,
        Defendant,

I, Raymond Trapani, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ *2.5M Personal Surety Bond*

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

    1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

    2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

    3.  May not change his or her present address as recorded on this bond without prior permission in writing from the court.

    4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

    5.  The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    6.  Shall not commit any act in violation of state or federal laws.

**DEFENDANT:  Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

__ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

__ b. Report to Pretrial Services as follows: (  ) *as directed or__ time(s) a week in person and__ time(s) a week by telephone;*

__ c. Submit to substance abuse testing and/or treatment;

__ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

__ e. Participate in mental health assessment and/or treatment;

__ f. Participate and undergo a sex offense specific evaluation and treatment;

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

__ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

__ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

__ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own until the bond is discharged, or otherwise modified by the Court;

__ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;*

__ m. No access to the internet via any type of connectivity device (*i.e., computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

__ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which (  ) **will not** or (  ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay (  )* or paid for by Pretrial Services (  ).
  __ Curfew: You are restricted to your residence every day from___ to____, or as directed by the Court.
  __ **Home Detention: You are restricted to your residence at all times except for: (  ) medical needs or treatment, (  ) court appearances, (  ) attorney visits or court ordered obligations, and (  ) other** _____

__ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
  You are restricted to the halfway house at all times except for: (  ) **employment;** (  ) **education;** (  ) **religious services;** (  ) **medical, substance abuse, or mental health treatment;** (  ) **attorney visits;** (  ) **court appearances;** (  ) **court ordered obligations;** (  ) **reporting to Pretrial Services; and** (  ) **other ____**

__ p. May travel to and from: SOUTHERN DISTRICT OF FL, and must notify Pretrial Services of travel plans before leaving and upon return.

__ q. Comply with the following additional conditions of bond: *See attached*
_____
_____
_____

- PSB of $2.5 million, co-signed by 3 Persons (mother - Kerri Hagner and mothers boyfriend-Basil Gaissert and defendants brother- Nicholas Trapani (who will appear in SDNY and sign in the courthouse there)
- 750,000 10% bond with - $75,000 check to be deposited in clerk of court in SDFL
- Participation in and completion of an in-patient dual diagnosis treatment program and defendant to complete both mental health and substance abuse portion of treatment for a minimum of thirty days and more if so recommended- followed by home detention with location monitoring or gps as required by SDNY, client to bear cost of monitoring. (Defendant allowed out for: court, attorney/client meetings, employment, medical appointments and religious services).
- Prohibition against accessing the digital wallet containing Centra Tech ICO funds or transferring any funds out of the digital wallet, except for purposes of complying with seizure warrant.
- Prohibition against use or access to any computers, smartphones, or internet.
- Prohibition against possession of any firearms, destructive devices, or other weapons.
- Prohibition against unlawfully possessing any narcotic drugs or other controlled substances defined in 21 U.S.C. Sec. 802, unless prescribed by a licensed medical practitioner in the dosage approved by the prescription.
- Prohibition against use of alcohol excessively.
- Drug testing as required by the Pre-Trial Services Officer.
- Travel restricted to SDNY, EDNY, SDFL.
- Surrender any travel documents and no new applications.
- Participation in mental treatment upon completion of dual diagnosis in patient program.
- All conditions to be met before release.

**DEFENDANT: Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE THREE**

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

**DEFENDANT: Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE FOUR**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

---

**NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.**

---

### DEFENDANT

Signed this _25th_ day of _April_ , 20 18 at _FORT LAUDERDALE_ , Florida

Signed and acknowledged before me:                    DEFENDANT: (Signature) _Ray_

_____                              _Ft. Lauderdale_ _____ _FL._
        Witness                                                  City                    State

### CORPORATE SURETY

Signed this _____ day of _____ , 20 18 at _FORT LAUDERDALE_ , Florida

SURETY: _____                         AGENT: (Signature) _____

_____                              PRINT NAME: _____
    City              State

### INDIVIDUAL SURETIES

Signed this _25_ day of _April_ , 20 18 at _FORT LAUD_ , Florida    Signed this _25_ day of _April_ , 20 18 at _FORT LAUD_ , Florida

SURETY: (Signature) _Kerri Hagn_                      SURETY: (Signature) _B. Gless_

PRINT NAME: _Kerri Hagnor_                            PRINT NAME: _BASIL GAISSERT_

RELATIONSHIP TO DEFENDANT: _Mother_                   RELATIONSHIP TO DEFENDANT: _FRIEND_

_Virginia Beach_ _____ _VA_                           _VA BCH,_ _____ _VA._
        City            State                                  City              State

Signed this _____ day of _____ , 20 18 at _FORT LAUD_ , Florida    Signed this _____ day of _____ , 20 18 at _FORT LAUD_ , Florida

SURETY: (Signature) _____                   SURETY: (Signature) _____

PRINT NAME: _____                           PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____                    RELATIONSHIP TO DEFENDANT: _____

_____                             _____
    City              State                                  City              State

### APPROVAL BY THE COURT

Date: _4/25/18_

**PATRICK M. HUNT**
**UNITED STATES MAGISTRATE JUDGE**

63

(Rev. 03/2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND:

### CASE NO.: __18-6195-Seltzer__

UNITED STATES OF AMERICA:
             Plaintiff,

v.                                **JAIL #**: 18506-104

RAYMOND TRAPANI,
             Defendant,

I, Raymond Trapani, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ *2.5M Personal Surety Bond*

### STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court.

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

6. Shall not commit any act in violation of state or federal laws.

**DEFENDANT:  Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

__ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

__ b. Report to Pretrial Services as follows: (   ) *as directed or__ time(s) a week in person and__ time(s) a week by telephone;*

__ c. Submit to substance abuse testing and/or treatment;

__ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

__ e. Participate in mental health assessment and/or treatment;

__ f. Participate and undergo a sex offense specific evaluation and treatment;

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

__ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

__ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

__ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own until the bond is discharged, or otherwise modified by the Court;

__ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

__ m. No access to the internet via any type of connectivity device (*i.e., computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

__ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which (   ) **will not** or (   ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay (   )* or **paid for by Pretrial Services (   ).**
  __ **Curfew:** You are restricted to your residence every day from___ to___, or as directed by the Court.

  __ **Home Detention:** You are restricted to your residence at all times except for: (   ) **medical needs or treatment, (   ) court appearances, (   ) attorney visits or court ordered obligations, and (   ) other** _____

__ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
  You are restricted to the halfway house at all times except for: (   ) **employment; (   ) education;**
  **(   ) religious services; (   ) medical, substance abuse, or mental health treatment; (   ) attorney visits;**
  **(   ) court appearances; (   ) court ordered obligations; (   ) reporting to Pretrial Services; and**
  **(   ) other ____**

__ p. May travel to and from: <u>SOUTHERN DISTRICT OF FL</u>, and must notify Pretrial Services of travel plans before leaving and upon return.

__ q. Comply with the following additional conditions of bond: *See attached*
_____
_____
_____

- PSB of $2.5 million, co-signed by 3 Persons (mother - Kerri Hagner and mothers boyfriend- Basil Gaissert and defendants brother- Nicholas Trapani (who will appear in SDNY and sign in the courthouse there)
- 750,000 10% bond with - $75,000 check to be deposited in clerk of court in SDFL
- Participation in and completion of an in-patient dual diagnosis treatment program and defendant to complete both mental health and substance abuse portion of treatment for a minimum of thirty days and more if so recommended- followed by home detention with location monitoring or gps as required by SDNY, client to bear cost of monitoring. (Defendant allowed out for: court, attorney/client meetings, employment, medical appointments and religious services).
- Prohibition against accessing the digital wallet containing Centra Tech ICO funds or transferring any funds out of the digital wallet, except for purposes of complying with seizure warrant.
- Prohibition against use or access to any computers, smartphones, or internet.
- Prohibition against possession of any firearms, destructive devices, or other weapons.
- Prohibition against unlawfully possessing any narcotic drugs or other controlled substances defined in 21 U.S.C. Sec. 802, unless prescribed by a licensed medical practitioner in the dosage approved by the prescription.
- Prohibition against use of alcohol excessively.
- Drug testing if required by the Pre-Trial Services Officer.
- Travel restricted to SDNY, EDNY, SDFL.
- Surrender any travel documents and no new applications.
- Participation in mental treatment upon completion of dual diagnosis in patient program.
- All conditions to be met before release.

**DEFENDANT:  Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE THREE**

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

**DEFENDANT:  Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE FOUR**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

---

**NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.**

---

### DEFENDANT

Signed this _25th_ day of _April_ , 20 18  at _FORT LAUDERDALE_ , Florida

Signed and acknowledged before me:                DEFENDANT: (Signature) _Ray_

_____                _Ft. Lauderdale_ _____  _FL._
              Witness                                      City                    State

### CORPORATE SURETY

Signed this _____ day of _____ , 20 18  at _FORT LAUDERDALE_ , Florida

SURETY: _____     AGENT: (Signature) _____

_____               PRINT NAME: _____
      City                        State

### INDIVIDUAL SURETIES

Signed this _25_ day of _April_ , 20 18  at _FORT LAUD_ , Florida    Signed this _25_ day of _April_ , 20 18  at _FORT LAUD_ , Florida

SURETY: (Signature) _Kim Hagner_                    SURETY: (Signature) _B.I. Gent_

PRINT NAME: _Kim Hagner_                              PRINT NAME: _BASIL GAISSERT_

RELATIONSHIP TO DEFENDANT: _Mother_              RELATIONSHIP TO DEFENDANT: _FRIEND_

_Virginia Beach_ _____ _VA_               _VA BCH,_ _____ _VA._
           City                   State                          City                  State

Signed this ____ day of _____ , 20 18  at _FORT LAUD_ , Florida    Signed this ____ day of _____ , 20 18  at _FORT LAUD_ , Florida

SURETY: (Signature) _____       SURETY: (Signature) _____

PRINT NAME: _____               PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____       RELATIONSHIP TO DEFENDANT: _____

_____               _____
      City                        State                          City                  State

### APPROVAL BY THE COURT

Date: _4/25/18_ _____

**PATRICK M. HUNT**
**UNITED STATES MAGISTRATE JUDGE**

Case Case1:18-mj-05195-ESS Document 3 (Court Retured Filed) Filed 04/25/2018 Page 69 of 74

**DEFENDANT: Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE FIVE**

### ADDRESS AND CONTACT INFORMATION
### FOR DEFENDANT AND SURETIES

As indicated in condition 3 of this bond, the defendant "May not change his or her present address as recorded on this bond without prior permission in writing from the court." The current addresses of the defendant and sureties are as indicated below:

**DEFENDANT**

PRINT NAME: _Raymond Trapani_
STREET ADDRESS: _1015 East Sunrise Blvd. # 403_
_Ft. Lauderdale, FL_     _33304_
    City       State      Zip
TELEPHONE: _516-456-3103_

**CORPORATE SURETY**

SURETY: _____
AGENT: _____
STREET ADDRESS: _____

    City      State     Zip
TELEPHONE: _____

**INDIVIDUAL SURETIES**

PRINT NAME: _Kerri Hasner_
RELATIONSHIP TO DEFENDANT: _Mother_
STREET ADDRESS: _2000 Meredith Rd_
_Virginia Beach_  _VA_  _23455_
  City     State    Zip
TELEPHONE: _516-418-4224_

PRINT NAME: _Basil Gaisser_
RELATIONSHIP TO DEFENDANT: _Friend_
STREET ADDRESS: _2000 Meredith RD_
_VA Bch_  _VA_  _23455_
  City     State    Zip
TELEPHONE: _757 822 3691_

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

  City     State    Zip
TELEPHONE: _____

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

  City     State    Zip
TELEPHONE: _____

## (CM/ECF RESTRICTED)

**DEFENDANT: Raymond Trapani**
**CASE NUMBER: 18-6195-Seltzer**
**PAGE FIVE**

### ADDRESS AND CONTACT INFORMATION
### FOR DEFENDANT AND SURETIES

As indicated in condition 3 of this bond, the defendant "May not change his or her present address as recorded on this bond without prior permission in writing from the court." The current addresses of the defendant and sureties are as indicated below:

### DEFENDANT

PRINT NAME: _Raymond Trapani_
STREET ADDRESS: _1015 East Sunrise Blvd. # 403_
_Ft. Lauderdale, FL_     _33304_
    City     State     Zip
TELEPHONE: _516-456-3107_

### CORPORATE SURETY

SURETY: _____
AGENT: _____
STREET ADDRESS: _____

_____
   City     State     Zip
TELEPHONE: _____

### INDIVIDUAL SURETIES

PRINT NAME: _Kerri Hagner_
RELATIONSHIP TO DEFENDANT: _Mother_
STREET ADDRESS: _2000 Meredith Rd_
_Virginia Beach_ _VA_ _23455_
   City     State     Zip
TELEPHONE: _516-417-4224_

PRINT NAME: _Nicholas Trapani_
RELATIONSHIP TO DEFENDANT: _Brother_
STREET ADDRESS: _4143 39th Dr apt 2R_
_Sunnyside_ _NY_ _11104_
   City     State     Zip
TELEPHONE: _516 313 7345_

PRINT NAME: _Basil Gaisseau_
RELATIONSHIP TO DEFENDANT: _Friend_
STREET ADDRESS: _2000 Meredith RD_
_VA Bch_ _VA_ _23455_
   City     State     Zip
TELEPHONE: _757 822 3691_

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

_____
   City     State     Zip
TELEPHONE: _____

_Read by S. Molinelli, SDNY on 4/25/18_

DEFENDANT:  Raymond Trapani
CASE NUMBER: 18-6195-Seltzer
PAGE FOUR

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited the forfeiture is not set aside or remitted, Judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

---

**NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.**

---

### DEFENDANT

Signed this _25th_ day of _April_ , 20 18  at FORT LAUDERDALE , Florida

Signed and acknowledged before me:                    DEFENDANT: (Signature)

_____Witness_____                    ___Ft. Lauderdale___City   ___FL___State

### CORPORATE SURETY

Signed this _____ day of _____ , 20 18  at FORT LAUDERDALE , Florida

SURETY: _____         AGENT: (Signature) _____

___City___   ___State___                    PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this _25_ day of _April_ , 20 18 at FORT LAUD , Florida  Signed this _25_ day of _April_ , 20 18 at FORT LAUD , Florida

SURETY: (Signature) _Kim Hagner_         SURETY: (Signature) _Basil Gaissert_

PRINT NAME: _Kim Hagner_                    PRINT NAME: _BASIL GAISSERT_

RELATIONSHIP TO DEFENDANT: _Mother_         RELATIONSHIP TO DEFENDANT: _FRIEND_

_Virginia Beach_City   _VA_State            _VA BCH,_City   _VA._State

Signed this _25_ day of _April_ , 20 18 at FORT LAUD , Florida  Signed this _____ day of _____ , 20 18 at FORT LAUD , Florida

SURETY: (Signature) _____         SURETY: (Signature) _____

PRINT NAME: _Nicholas Trapani_                    PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _Brother_         RELATIONSHIP TO DEFENDANT: _____

_NY_City   ___States___                    ___City___   ___State___

### APPROVAL BY THE COURT

Date: _4/25/18_                    _____

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Case 1:18-cr-00340-LGS   Document 3   Filed 04/26/18   Page 72 of 74



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No: 18-6195-Seltzer

UNITED STATES OF AMERICA
      Plaintiff,

vs.

Raymond Trapani,
      Defendant.

_____/

### WAIVER OF REMOVAL HEARING

I , Raymond Trapani, charged in a proceeding pending in Southern District of New York,
with a complaint for violation of 15 U.S.C 78j (b) and 78ff; and having been arrested in
the Southern District of Florida and taken before Patrick M. Hunt, a United States
Magistrate Judge for that district, who informed me of the charge and of my right to
retain counsel or request the assignment of counsel if I am unable to retain counsel,
and to have a hearing or execute a waiver thereof, do hereby waive a hearing before
the aforementioned magistrate judge and consent to the issuance of a warrant for my
removal to the Southern District of New York where the aforesaid charge is pending
against me.

4/25/18
Date

_____
Signature of Defendant

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-6195-Seltzer

UNITED STATES OF AMERICA
      Plaintiff,

v.

Raymond Trapani,
      Defendant.
_____/

## ORDER OF REMOVAL

It appearing that in the Southern District of New York, a criminal complaint was filed against the above-named defendant which charges 15 U.S.C 78j(b) and 78ff, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Patrick M. Hunt at Fort Lauderdale, Florida, which officially committed the defendant for removal to the Southern District of New York, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Patrick M. Hunt for removal and posted bail in the amount of $ 2.5m-PSD + $750,000-10/. which was approved by the United States Magistrate Judge Patrick M. Hunt, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bail bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of April, 2017.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: Miami, Financial