The Law Offices Of

# Joseph A. Bondy

1841 Broadway
Suite 910
New York NY 10023
Tel 212.219.3572
josephbondy@mac.com

June 15, 2018

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    <u>United States v. Sharma, et. al, 18-cr-340 (LGS)</u>, *Bond Modification*

Dear Judge Netburn,

    I am making this application, as a follow-up to my June 13, 2018, letter-motion to the District Court, given the Court's familiarity with this matter and that Judge Schofield is presently at a Judicial Conference.

    Due to financial constraints, Defendant Raymond Trapani respectfully requests modification of the conditions of his pre-trial release to allow him to secure his $2.5 million dollar bond with a total of only one hundred thousand dollars ($100,000.00) in cash and approximately thirty-thousand dollars ($30,000.00) in equity in a home owned by family friend Basil Gaissert, located in Virginia Beach, VA (where Mr. Trapani is currently residing under home confinement), rather than the seven-hundred-fifty thousand dollars ($750,000.00) currently required.

    Mr. Trapani is currently engaged in an intensive probation program, and has enrolled in Tidewater Community College for the Summer Semester, where he is studying College Composition and Mythology Literature & Arts.

    Mr. Trapani also requests that the time to satisfy this condition be extended from June 13 to June 19, 2018.

*I have communicated with AUSA Samson Enzer, and the Government does not oppose the requested modifications.*

Thank you for consideration of this application.

                                                  Respectfully submitted,

                                                  _____/S/_____
                                                  Joseph A. Bondy
                                                  *Counsel to Raymond Trapani*

c:      AUSA Samson Enzer