# Exhibit D

| | |
|---|---|
| **From:** | Dan Horwitz |
| **To:** | Tekeei, Negar (USANYS) |
| **Cc:** | Enzer, Samson (USANYS) |
| **Subject:** | RE: Robert Farkas |
| **Date:** | Friday, July 20, 2018 12:33:12 PM |

Negar:

When I spoke with Sam yesterday, I mentioned that the Robert exchanged attorney-client communications with my law firm, Ballard Spar, Nina Stillman-Mandel and in-house lawyers at Centra-Tech. At my firm, he would have spoken with Tracy Burnett and me. At Ballard Spar, he would have communicated with Margie Peerce and David Alexrod. There may be others but I don't know their names. At Centra Tech, he would have communicated with Allan Shutt and the 2 other in-house lawyers. I don't have their names, however.

Dan

**From:** Tekeei, Negar (USANYS) [mailto:Negar.Tekeei@usdoj.gov]
**Sent:** Friday, July 20, 2018 9:56 AM
**To:** Dan Horwitz <DHorwitz@mclaughlinstern.com>
**Cc:** Enzer, Samson (USANYS) <Samson.Enzer@usdoj.gov>
**Subject:** RE: Robert Farkas

Dan, just following up on our conversation from Wednesday. Also, I don't believe we received from you a
list of all attorneys with whom your client may have exchanged attorney-client communications, and those attorneys' email addresses. Can you please send us the list today?

Thanks,
Negar



