# Exhibit F

Initial post by for a cryptocurrency Lawyer





FOIA Confidential Treatment Requested
CENTRA-00000021