# Exhibit G



🐦 **Home**   ⚡ **Moments**

Search Twitter 🔍     Have an account? **Log in ▾**

| Tweets | Following | Followers | Likes | |
|---|---|---|---|---|
| **404** | **199** | **15K** | **468** | **Follow** |

### Centra Tech
@centra_card

The Centra Card has been designed to connect the bridge between commerce and cryptocurrency.

📍 Miami Beach, FL
🔗 centra.tech
📅 Joined July 2017
🖼 17 Photos and videos


  


**Tweets**   Tweets & replies   Media

↑ Pinned Tweet

**Centra Tech** @centra_card · Oct 31
Centra Will Be adding it's first community asset to the Centra Wallet for December 1st.  Vote today!  $CTR #CentraWallet $Spendable

○ BCH
○ QTUM
○ BTG
○ ETC

Vote     611 votes · 1 day left

💬 20      ↻ 219      ♡ 159

**Centra Tech** @centra_card · Nov 5
Follow up to recent access code questions - You will receive your code when your KYC/AML is fully complete. Your code will be auto emailed.

💬 6      ↻ 60      ♡ 71

**Centra Tech** @centra_card · Nov 5
Want to work for one of the fastest growing Blockchain FinTech startup? The Career section on our new website launches this week #CentraTech



**Centra Tech** @centra_card · Nov 4
Centrachain will be unveiled this month at Blockchain Expo in Santa Clara. See how Centra will change the way dApps are created for payments

💬 4          🔁 83          ♡ 95

**Promoted Tweet**

SANOFI GENZYME    **Sanofi Genzyme** @SanofiGenzyme · Nov 5
The cytokine IL-6 helps keep the immune system in balance. This is referred to as homeostasis. #ACR17 bit.ly/2yTYGEX

HOMEOSTASIS
IL-6

📣 Promoted

💬 8          🔁 66          ♡ 200

🔁 Centra Tech Retweeted
**Cointelegraph** @Cointelegraph · Nov 4
DApps look to decentralize the app industry.

History of Apps

**DApps to Offer Power of Apps But Fight Centralization**

**DApps to Offer Power of Apps But Fight Centralization**

The proliferation of apps has caused a revolution, but apps suffer from centralization problems.

cointelegraph.com

💬 2          ⇄ 40          ♡ 48

**Centra Tech** @centra_card · Nov 4                                        ⌄

One way to keep up with all the Centra Tech updates is via our YouTube channel

**Centra**

Centra Tech offers a safe and secure platform solution to connect cryptocurrencies to the real world. Centra Tech gives members the liberty to manage their d...

youtube.com

💬          ⇄ 51          ♡ 53

**Centra Tech** @centra_card · Nov 4                                        ⌄

Meet one of Centra Tech's Full-Stack Developers as he gives some information on the all new Centra Wallet 2.0 App!

💬          ⇄ 66          ♡ 71

**Centra Tech** @centra_card · Nov 4                                        ⌄

An inside look at Centra Tech's new Chief Marketing Officer, Chase Zimmerman

💬          ⇄ 38          ♡ 50

**Centra Tech** @centra_card · Nov 4                                        ⌄

Centra Tech's Chief Compliance Officer & General Counsel talks about our card issuance program & more:



💬 9    🔁 118    🤍 129

🔁 Centra Tech Retweeted

**Bradley Tayne** @BradleyTayne · Nov 1      ⌄

#Centrember is a go - Centra #Cryptocurrency Card Releases #Centra Wallet #centratech #crypto 💳😎🚀 @centra_card



**PR – Centra Cryptocurrency Card Releases Centra Wallet V2.0**
Miami, Florida - November 1st, 2017: - Centra Tech, Inc., the developers behind one of the world's first multi-blockchain digital asset/cryptocurrenc...
themerkle.com

💬 5    🔁 37    🤍 58

**Promoted Tweet**

**POPDUST** ✔ @Popdust · Jul 21      ⌄
Before You Try A Meal Kit Delivery Service, Read This



**My Lifestyle Just Did A Full 180**

popdust.com

↗ Promoted

💬 279    🔁 1.1K    ♡ 5.9K

---

🔁 Centra Tech Retweeted

**Bitsonline.com** @bitsonlinecom · Nov 1

.@centra_card Releases Second Generation of the Centra Wallet
bitsonline.com/centra-tech-se... #bitcoin #tech #android #iOS #news



**Centra Tech Releases Second Generation of the Centra Wallet**
Miami, Florida - November 1st, 2017: Centra Tech, Inc., the developers
behind one of the world's first multi-blockchain digital asset/cryptocurrency
bitsonline.com

💬 3    🔁 37    ♡ 50

---

**Centra Tech** @centra_card · Nov 1
Once your KYC is complete via our provider you will receive your access
codes via email automatically. Thank you

💬 10    🔁 105    ♡ 105

---

**Centra Tech** @centra_card · Nov 1
Centra Founder Tokens Can be Found: etherscan.io/token/centra?a... - 1 Year
Lock Period with Multi-Year Distribution.

💬 5    🔁 75    ♡ 87

---

**Centra Tech** @centra_card · Oct 31
You asked for it. It's here! Centra Network, 0 CTR TRADING FEES for first 90
days! Centra Network Decentralized Exchange Alpha launching Nov

💬 9    🔁 210    ♡ 161

---

**Centra Tech** @centra_card · Oct 31
Happy Halloween from the Centra Team!

Happy Halloween from the Centra Team!

💬   🔁 65   ♥ 83

**Centra Tech** @centra_card · Oct 31    ⌄
I just published "Centra Tech — Public Statement"

**Centra Tech — Public Statement – Centra Tech – M…**
Centra Tech, Inc. is a new kind of finance company taking a radical approach to providing financial services through cryptocurrencies. We…
medium.com

💬   🔁 73   ♥ 85

**Centra Tech** @centra_card · Oct 31    ⌄
$BTC $LTC $ETH Wallets Enabled! #CentraWallet

💬 2   🔁 82   ♥ 100

**Centra Tech** @centra_card · Oct 31    ⌄
You asked for it..It's here Centra Wallet 2.0

💬   🔁 76   ♥ 82

**Centra Tech** @centra_card · Oct 31    ⌄
Centra Wallet 2.0 Is out now! iOS Ready - Google Tonight - Web App Live!
#CentraTech $CTR

💬 3   🔁 77   ♥ 99

**Centra Tech** @centra_card · Oct 31    ⌄
Looks like there is slack downtime. You can always find us on Telegram
t.me/CentraTech #CentraTech $CTR

💬   🔁 74   ♥ 86

**Centra Tech** @centra_card · Oct 31    ⌄



Access code distribution starting now! #DisruptiveTech #CentraTech Powered by $CTR - Remember 50 CTR deposit to get early wallet access.

💬 8      ⟲ 80      ♡ 108

Centra Tech Retweeted

**clif** @clif_high · Oct 31
Ack! Young blood @cryptoblood_ deconstructs the NYT @centra_card FUD!.

💬 8      ⟲ 33      ♡ 115

**Centra Tech** @centra_card · Oct 30
The Centra Wallet portal will be live tomorrow afternoon! Users will be able to login, view their wallets, card holder agreements, and more!

💬 4      ⟲ 217      ♡ 197

Centra Tech Retweeted

**DJ KHALED** ✔ @djkhaled · Oct 24
ishmilly came by the lab with that digital talk! Spend and store your digital assets such as... instagram.com/p/BapsUobgZeJ/

💬 11      ⟲ 68      ♡ 279

**Centra Tech** @centra_card · Oct 28
Read About How Centra Cards will be issued:

💬 1      ⟲ 113      ♡ 124

**Centra Tech** @centra_card · Oct 28
Thank you! Centra Wallet iOS access code registrations are now over 29,000! A growth of over 5,000+ users over the last 24 hours! $CTR

💬 9      ⟲ 225      ♡ 204

**Centra Tech** @centra_card · Oct 27
I just published "Centrember — Centra Tech's Big November"

💬 5    🔁 362    🤍 235

**Centra Tech** @centra_card · Oct 27     ⌄
I just published "Centra Tech Corporate Update"

💬 1    🔁 153    🤍 146

**Centra Tech** @centra_card · Oct 27     ⌄
The Centra Wallet App on the Google Play Store is now available worldwide.
Please send an email to support@centra.tech if your country isn't

💬 8    🔁 244    🤍 180

**Centra Tech** @centra_card · Oct 27     ⌄
The Centra Wallet Upgrade is only 5 days away! #CentraTech #CentraCard

#CentraWallet

💬 1    🔁 263    ❤ 181

**Centra Tech** @centra_card · Oct 26

#Centra Tech's CTO Steven Sykes Speaking on Version 2.0 of Centra's Wallet Application youtu.be/oDdKK9ChzeE Powered by $CTR

💬 1    🔁 336    ❤ 201

**Centra Tech** @centra_card · Oct 25

For those who missed a sneak peak at Version 2.0, you can watch it here:
youtube.com/watch?v=Nmp8pC... #CentraTech $CTR #CentraCard

💬 1    🔁 409    ❤ 202

**Centra Tech** @centra_card · Oct 25

Centra Live Stream Episode 3 is now on YouTube: youtube.com/watch?v=uMEG4K...

💬      🔁 107    ❤ 112

**Centra Tech** @centra_card · Oct 25

#Centra Wallet v2.0 Will be available via iOS, Android and Web App. Follow our blog at Medium.com/@Centra for all the latest updates!

**Centra Tech – Medium**

Read writing from Centra Tech on Medium. . Every day, Centra Tech and thousands of other voices read, write, and share important stories on Medium.

medium.com

💬 2    🔁 113    ❤ 127

**Centra Tech** @centra_card · Oct 24

Download the Centra Wallet App today! Access codes November 1st.
Powered by $CTR



Powered by $CTR

**DJ KHALED** ✔ @djkhaled
ishmilly came by the lab with that digital talk! Spend and store your digital assets such as... instagram.com/p/BapsUobgZeJ/

💬 3          ⟲ 318          ♡ 206

**Centra Tech** @centra_card · Oct 24                    ⌄
Would our community like to see a Hardware Centra Wallet? #CentraTech $CTR #CentraCard #CentraWallet

| 76% Yes |
| 13% Maybe |
| 11% No |

368 votes • Final results

💬 2          ⟲ 286          ♡ 203

**Centra Tech** @centra_card · Oct 23                    ⌄
Centra's November Calendar to be posted on our blog! Includes Worldwide shipping of Centra Cards, Wallet (Mobile/Web), New Exchanges & more!

💬 8          ⟲ 379          ♡ 242

⟲ Centra Tech Retweeted
**Cointelegraph** @Cointelegraph · Oct 22                    ⌄
#CT_quotes #Bitcoin

THE COINTELEGRAPH

" Understandably then Bitcoin is the new hammer and sickle of the progressive group while it flies in the face of the conservative traditionalists. This, many believed, is why it was banned in the first place, as a power play by the traditionalists.

**Darryn Pollock**
The Writer of The Cointelegraph

💬 7          ⟲ 390          ♡ 228







**Centra Tech** @centra_card · Oct 22
We will be live tomorrow on our YouTube channel at 12pm EST. We host part of our live show with a AMA here:

4 154 160

Centra Tech Retweeted
**Forbes** @Forbes · Oct 20
Bitcoin climbs to fresh record high above $6,000 on.forbes.com/601287lJn

20 603 475

**Centra Tech** @centra_card · Oct 20
The Centra Road Map can be found here: centra.tech/roadmap/ $CTR #CentraTech #CentraCard

4 478 266

Centra Tech Retweeted
**Bitsonline.com** @bitsonlinecom · Oct 18
.@centra_card Wallet Released for Android and iOS - #bitcoin #app #news

○ 14 ⟲ 545 ♡ 424

**Centra Tech** @centra_card · Oct 17
Centra Tech will announce this week the addition of our new Chief Financial Officer. Vetted banker with great expertise. More info to come!

○ 5 ⟲ 455 ♡ 310

**Centra Tech** @centra_card · Oct 17
$CTR trading is live now on @hitbtc. CTR/BTC: hitbtc.com/exchange/CTR-t... CTR/ETH & CTR/USDT Pairs!

○ 8 ⟲ 384 ♡ 285

⟲ Centra Tech Retweeted
**Bitsonline.com** @bitsonlinecom · Oct 17
.@centra_card Tokens Added to .@HitBTC Exchange for Trading -- #bitcoin #trading $BTC $btcusd #EXCHANGE #news --

💬　　⟲ 85　　♡ 78

**Centra Tech** @centra_card · Oct 15　　∨
Please subscribe to the #CentraTech Reddit here: reddit.com/r/CentraTech/
Thank you! $CTR #Centra #CentraCard

💬 2　　⟲ 609　　♡ 313

**Centra Tech** @centra_card · Oct 15　　∨
Please use this link reddit.com/r/CentraTech/c... for any questions you might
have for our weekly AMA that will be on YouTube Live Mon. 12pm EST.

**Centra Weekly AMA on YouTube Live • r/CentraTech**
Hi everyone, Please use this thread for a series of
questions that you might have for the Centra Tech Team.
We will be answering as many as we...
reddit.com

💬 1　　⟲ 521　　♡ 285

**Centra Tech** @centra_card · Oct 13　　∨
We are finalizing a Centra Black & Gold Card that will be eligible for people
THIS year with qualifying $CTR deposits. More info soon!

💬 3　　⟲ 455　　♡ 302

**Centra Tech** @centra_card · Oct 13　　∨
Our $CTR Contest is now live on the @binance_2017 Exchange! binance.com

💬　　⟲ 351　　♡ 232

**Centra Tech** @centra_card · Oct 13

Sneak Peak at the Centra Network "Pro View" Exchange Platform. The Centra Network is both a Centralized and Decentralized Platform. $CTR



💬 10    🔁 223    ♡ 226

**Centra Tech** @centra_card · Oct 13

The Centra Card Order Count is complete. A total of 15,653 cards will be issued for our contributors. Public Pre-Orders will resume Nov 1st!

💬 2    🔁 192    ♡ 203

🔁 Centra Tech Retweeted

**CoinDesk** ✔ @coindesk · Oct 13

$5,856: Bitcoin Price Hits New Record High bit.ly/2yg2SPX



💬 18    🔁 405    ♡ 502

🔁 Centra Tech Retweeted

**litecoin** @litecoin · Oct 13

Happy 6th Anniversary Litecoin! 🎉
Let's hope next year as great as this one!



41 299 1.0K

Centra Tech Retweeted

**binance** @binance_2017 · Oct 13
$CTR Token Contest
#Binance
support.binance.com/hc/en-us/artic...

12 80 109

**Centra Tech** @centra_card · Oct 12
The Centra Card is not effected with the MasterCard ban to Wavecrest outside of EEA. We DO NOT use them as a issuer. Thank you

7 350 284

Centra Tech Retweeted

**Centra Tech** @centra_card · Oct 11
$CTR will be listed on @HitBTC tomorrow 10/12 with USDT/BTC/ETH Pairs!
#CentraTech

27 360 306

**Centra Tech** @centra_card · Oct 11
Centra Tech has joined the Bitcoin Foundation. #CentraTech #CentraCard $CTR

3 267 232

**Centra Tech** @centra_card · Oct 11
For contributors whom purchased CTR please go to centra.tech/access-code-fo... to apply for your Access code to use the Centra Wallet app.

4 196 199

Centra Tech Retweeted

**Cointelegraph** @Cointelegraph · Oct 11
#Blockchain Technology's #Applications in Banking are 'Infinite,' Says Credit #Suisse Banker James #Disney

Centra Tech Retweeted

**CoinDesk** ✔ @coindesk · Oct 11

Billionaire Mike Novogratz: Bitcoin's Price Will Reach $10k in Less Than a Year

bit.ly/2guRDM4



💬 9    ⇄ 224    ♡ 343

**Centra Tech** @centra_card · Oct 10

We are confirmed for the Top 5 Volume Exchange Listing of $CTR on Thursday 10/12. #CentraTech $CTR #CentraCard #CentraWallet

♡ 12     ↓ 369     ♡ 319

**Centra Tech** @centra_card · Oct 10
We have released our Centra Wallet iOS App. Once our audit is complete we will provide access codes: itunes.apple.com/app/centra-wal… #CentraTech

💬 9     ⇄ 237     ♡ 214

**Centra Tech** @centra_card · Oct 10
The Centra Wallet Android Released Version will be available in the Google Play store within the next few days. Thank you #CentraTech $CTR

💬 2     ⇄ 179     ♡ 184

**Centra Tech** @centra_card · Oct 10
We will be attending Consensus New York Tuesday November 28th! Come check out the #Centra #Booth and see our product line @coindesk

💬     ⇄ 248     ♡ 214

**Centra Tech** @centra_card · Oct 10
The Centra Network Centralized & Decentralized Platform will be available for all users Nov 1st. We are currently running our alpha program.

💬 5     ⇄ 220     ♡ 214

**Centra Tech** @centra_card · Oct 10
I just published "Centra Tech Adds New Chief Compliance Officer & General Counsel"

# CENT

**Centra Tech Adds New Chief Compliance Officer & General Counsel**
With Centra Tech's core focus being to bridge the gap between

cryptocurrencies and traditional currencies while staying fully compliant…

medium.com

💬    ⟲ 173    ♡ 173

**Centra Tech** @centra_card · Oct 10

The Centra Wallet App is ready! We are getting a final audit on Version 1.0 then we will make it live for everyone to download! #CentraTech

💬 3    ⟲ 200    ♡ 198

**Centra Tech** @centra_card · Oct 8

Follow our blog for the latest updates from #CentraTech

**Centra Tech – Medium**

Read writing from Centra Tech on Medium. . Every day, Centra Tech and thousands of other voices read, write, and share important stories on Medium.

medium.com

💬    ⟲ 512    ♡ 432

**Centra Tech** @centra_card · Oct 7

We are announcing on Monday our new Chief Compliance Officer & General Counsel. He is a seasoned veteran in his fields. #CentraTech #Centra

💬 7    ⟲ 366    ♡ 344

**Centra Tech** @centra_card · Oct 6

Centra Tech did its first live YouTube AMA and weekly live stream. We will have it posted shortly. Thank you #Cryptocurrency #CentraTech

💬 1    ⟲ 360    ♡ 333

**Centra Tech** @centra_card · Oct 6

We are listing on a top 5 volume exchange next week! Stay tuned for updates!

💬 16    ⟲ 331    ♡ 353

**Centra Tech** @centra_card · Oct 5

Centra will be live tomorrow! We will be discussing upcoming major announcements, updates, and some teasers on our Centrachain® coming soon!

💬 2    ⟲ 380    ♡ 346

⟲ Centra Tech Retweeted

**Floyd Mayweather** ✔ @FloydMayweather · Oct 4

Billion Dollar Business