# Exhibit J

| | |
|---|---|
| **From:** | Sharon L. McCarthy |
| **To:** | Tekeei, Negar (USANYS) |
| **Cc:** | Enzer, Samson (USANYS); Gennaro Cariglio Jr |
| **Subject:** | RE: Centra Tech |
| **Date:** | Tuesday, September 4, 2018 2:12:19 PM |
| **Attachments:** | image001.jpg |

Dear Sam and Negar,

As you know, I am being substituted as counsel for Sam Sharma by Gennaro Cariglio Jr. Mr. Cariglio is copied on this e-mail. Please send the Centra Tech Selected Devices hardrive to Mr. Cariglio at the following address:

**GENNARO CARIGLIO JR. P.L.**

8101 Biscayne Blvd.

Penthouse 701

Miami, FL 33138

Tel: (305) 899-0438

Fax: (305) 373-3832

Thank you.

Sharon L. McCarthy

Kostelanetz & Fink, LLP

7 World Trade Center, 34th Fl.
New York, New York 10007
212-808-8100
212-840-6866 (Direct)
212-808-8108 (Fax)

www.kflaw.com



PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

If any portion of this e-mail transmission or attachments was not intended for you, please do not read or save them. Please destroy them immediately and notify me via reply e-mail. Thank you.

**From:** Tekeei, Negar (USANYS)
**Sent:** Monday, September 3, 2018 7:20 AM
**To:** Sharon L. McCarthy
**Cc:** Enzer, Samson (USANYS)
**Subject:** RE: Centra Tech

Sharon,

With apologies for interrupting the holiday, we owe a status update to the Court on discovery issues and just want to make sure we followed up with you regarding a few items, as you are still counsel of record for Mr. Sharma.

1. Centra Tech Selected Devices – we emailed counsel about the hard drives being ready on August 20, but did not hear back from you regarding how you want to proceed. Should we FedEx these to you?
2. Slack Search Warrant Returns – the thumb drive you provided now has a copy of the full Slack search warrant returns, per counsel's agreements via email on August 10. Should we FedEx the thumb drive to you?

3. The below email exchange relates to whether Mr. Sharma will consent to allowing Ballard Spahr to produce the forensic images of the Centra Tech computers used by Messrs. Sharma, Farkas, Trapani, Sykes, and Shutt, and the Centra Tech emails from Messrs. Sharma, Trapani, Farkas, Sykes, and Shutt to a wall review team at our Office, consistent with the parties' agreements with respect to the protocol for handling the Hard Copy Documents and the Devices referenced in the June 1, 2018 joint letter to the Court. Can you please advise as whether Mr. Sharma consents?

Thank you,
Negar

**From:** Sharon L. McCarthy <smccarthy@kflaw.com>
**Sent:** Monday, August 20, 2018 4:30 PM
**To:** Tekeei, Negar (USANYS) <NTekeei@usa.doj.gov>
**Cc:** Enzer, Samson (USANYS) <SEnzer@usa.doj.gov>
**Subject:** RE: Centra Tech

Negar,

I expect that new counsel will make an appearance tomorrow on behalf of Mr. Sharma, so I will defer to that attorney to get back to you on this issue.

Regards,

Sharon L. McCarthy
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Fl.
New York, New York 10007
212-808-8100
212-840-6866 (Direct)
212-808-8108 (Fax)
www.kflaw.com



PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

If any portion of this e-mail transmission or attachments was not intended for you, please do not read or save them. Please destroy them immediately and notify me via reply e-mail. Thank you.

**From:** Tekeei, Negar (USANYS) <Negar.Tekeei@usdoj.gov>
**Sent:** Friday, August 17, 2018 2:46 PM
**To:** Sharon L. McCarthy <smccarthy@kflaw.com>
**Cc:** Enzer, Samson (USANYS) <Samson.Enzer@usdoj.gov>
**Subject:** RE: Centra Tech

Sharon,

Following up on the below – do you have an update?

Thanks,
Negar

**From:** Sharon L. McCarthy <smccarthy@kflaw.com>
**Sent:** Wednesday, August 8, 2018 1:22 PM
**To:** Tekeei, Negar (USANYS) <NTekeei@usa.doj.gov>
**Cc:** Enzer, Samson (USANYS) <SEnzer@usa.doj.gov>
**Subject:** RE: Centra Tech

I have reached out to him again to see if he consents. I will let you know his response.

**From:** Tekeei, Negar (USANYS) [mailto:Negar.Tekeei@usdoj.gov]
**Sent:** Wednesday, August 8, 2018 1:20 PM
**To:** Sharon L. McCarthy
**Cc:** Enzer, Samson (USANYS)
**Subject:** RE: Centra Tech

Sharon,

Just following up regarding whether your client will consent to the process outlined in our 7/20/2018 email. Please let us know.

Thanks,

Negar

**From:** Sharon L. McCarthy <smccarthy@kflaw.com>
**Sent:** Friday, July 20, 2018 10:39 AM
**To:** Tekeei, Negar (USANYS) <NTekeei@usa.doj.gov>
**Cc:** Enzer, Samson (USANYS) <SEnzer@usa.doj.gov>
**Subject:** RE: Centra Tech

Thanks, Negar. I will speak with Mr. Sharma about this and will let you know his position on your request.

My apologies about the list of attorneys. I had been waiting on someone else to send that to me, but I will do my best to get it to you by the end of the day.

Sharon L. McCarthy
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Fl.
New York, New York 10007
212-808-8100
212-840-6866 (Direct)
212-808-8108 (Fax)
www.kflaw.com



PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

If any portion of this e-mail transmission or attachments was not intended for you, please do not read or save them. Please destroy them immediately and notify me via reply e-mail. Thank you.

**From:** Tekeei, Negar (USANYS) [mailto:Negar.Tekeei@usdoj.gov]
**Sent:** Friday, July 20, 2018 9:55 AM
**To:** Sharon L. McCarthy <smccarthy@kflaw.com>
**Cc:** Enzer, Samson (USANYS) <Samson.Enzer@usdoj.gov>
**Subject:** RE: Centra Tech

Sharon,

Thanks. As we understand it (and as detailed in the parties' June 1, 2018 joint letter to the Court), Ballard Spahr collected forensic images of Centra Tech computers used by Messrs. Sharma, Farkas, and others, and collected Centra Tech emails from, among others, Messrs. Sharma, Trapani and Farkas, as part of its collection in response to SEC subpoenas. We understand that Ballard Spahr began the process of reviewing these and other materials, but did not complete its review and production. These materials would contain information responsive to the grand jury subpoenas

issued to Centra Tech in connection with the criminal investigation.

Can you please advise us if Mr. Sharma will consent to allowing Ballard Spahr to produce the forensic images of the Centra Tech computers used by Messrs. Sharma, Farkas, Trapani, Sykes, and Shutt, and the Centra Tech emails from Messrs. Sharma, Trapani, Farkas, Sykes, and Shutt to a wall review team at our Office, consistent with the parties' agreements with respect to the protocol for handling the Hard Copy Documents and the Devices referenced in the June 1, 2018 joint letter to the Court? Also, apologies if we missed this, but I don't believe we received from you a list of all attorneys with whom your client may have exchanged attorney-client communications, and those attorneys' email addresses. Can you please send us the list today?

Thanks,

Negar

**From:** Sharon L. McCarthy <smccarthy@kflaw.com>
**Sent:** Wednesday, July 18, 2018 2:22 PM
**To:** Tekeei, Negar (USANYS) <NTekeei@usa.doj.gov>
**Cc:** Enzer, Samson (USANYS) <SEnzer@usa.doj.gov>
**Subject:** RE: Centra Tech

Dear Negar and Sam,

Currently, Centra Tech does not have counsel. Mr. Sharma's ether has been restrained in the SDFL civil case, and he has counsel in Florida trying to free it up. If the funds are unencumbered, Mr. Sharma will be able to retain counsel for Centra Tech.

Regards,

Sharon L. McCarthy

Kostelanetz & Fink, LLP

7 World Trade Center, 34th Fl.

New York, New York 10007

212-808-8100

212-840-6866 (Direct)

212-808-8108 (Fax)

www.kflaw.com



PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

If any portion of this e-mail transmission or attachments was not intended for you, please do not read or save them. Please destroy them immediately and notify me via reply e-mail. Thank you.

**From:** Tekeei, Negar (USANYS) [mailto:Negar.Tekeei@usdoj.gov]
**Sent:** Wednesday, July 18, 2018 2:08 PM
**To:** Sharon L. McCarthy <smccarthy@kflaw.com>
**Cc:** Enzer, Samson (USANYS) <Samson.Enzer@usdoj.gov>
**Subject:** Centra Tech

Sharon,

Can you advise who currently represents Centra Tech in connection with the criminal investigation? There are outstanding subpoena-related issues that we need to address, and we aren't sure what is the current status of the company's representation.

Thanks,

Negar

Negar Tekeei
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Office: (212) 637-2482
Cell: (646) 372-0369
Negar.Tekeei@usdoj.gov