# Exhibit K



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2019

**BY FEDEX**

Gennaro Cariglio Jr. P.L.  
8101 Biscayne Blvd.  
Penthouse 701  
Miami, FL 33138  

Paul Petruzzi  
Law Offices of Paul Petruzzi, P.A.  
8101 Biscayne Blvd., PH-701  
Miami, FL 33138  

Joseph A. Bondy, Esq.  
The Law Offices of Joseph A. Bondy  
1841 Broadway, Suite 910  
New York, N.Y. 10023  

    Re:    <u>United States</u> v. <u>Sohrab Sharma et al.</u>, 18 Cr. 340 (LGS)

Dear Counsel:

    We write to provide additional discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure and to request reciprocal discovery. The Rule 16(a) discovery materials provided herein are subject to the protective order entered by the Court in this case.

    Based on your request for discovery in this case, we are producing the following materials:

| **Source** | **Overview and Description of Selected Documents** | **Bates Range** |
|---|---|---|
| Slack Technologies, Inc. | Results pursuant to a search warrant relating to six Slack.com workspaces: centratech.slack.com, Centra-tech.slack.com, centraadmin.slack.com, Centrateam.slack.com, Centrateaml.slack.com, and centrawork.slack.com | USAO-SDNY-00012095 |

    Very truly yours,

    ROBERT KHUZAMI  
    Attorney for the United States  
    Acting Under 28 U.S.C. § 515

By:   /s/  
    Samson Enzer / Negar Tekeei  
    Assistant United States Attorneys  
    (212) 637-2342 / -2482