# Exhibit O

FD-26 (Rev. 7-20-94)

# DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   Two cellphones, a laptop computer, and a thumb drive that were seized from me on April 1, 2018 by agents of the Federal Bureau of Investigation in connection with the agents' arrest of me on that date in Florida.

   108611 - Black iphone 5/9 RE
   1086 - white iphone 5/9 RE
   108600
              5/9 RE

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

   5/5/19
   5/9/19
   Date
   Witness

   Signature
   [signature] 5/9/18