UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2019
```

UNITED STATES,                                    :
                                                  :
                                                  :                18 Cr. 340 (LGS)
                  -against-                        :
                                                  :                      ORDER
SOHRAB SHARMA, et al.,                            :
                            Defendants. :
                                                  :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the motion to dismiss the indictment, motion to continue the trial and motion

to suppress are fully briefed. It is hereby

        **ORDERED** that the Government and Defendant Sharma shall comply with the Court's

Individual Rule 3, and Defendant Sharma shall submit to the Court a courtesy copy of each

motion and related submissions as provided in the rule by **June 14, 2019**


Dated: June 12, 2019
        New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**