UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
UNITED STATES,                                              :
:
:                    18 Cr. 340 (LGS)
           -against-                                        :
:                        ORDER
SOHRAB SHARMA, et al.,                                      :
                                    Defendants.             :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby ORDERED that the conference scheduled for **June 18, 2019**, is adjourned to **June 27, 2019, at 11:30 a.m**. None of the deadlines in the January 9, 2019, scheduling order are affected by this Order.

Dated: June 14, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**