```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
     - v. -                       :
                                  :     S1 18 Cr. 340 (LGS)
RAYMOND TRAPANI,                  :
                                  :
          Defendant.              :
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with defendant Raymond Trapani's consent, his guilty plea allocution was made before a United States Magistrate Judge on July 17, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that defendant Trapani entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that defendant Trapani's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          August 27, 2019

                                        _____
                                            **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**