THE LAW OFFICES OF

# JOSEPH A. BONDY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

1776 BROADWAY
SUITE 2000
NEW YORK NY 10019
TEL 212.219.3572
josephbondy@mac.com

November 8, 2019

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 233.

Dated: November 13, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: United States v. Sharma, et. al, 18-cr-340 (LGS)

Dear Judge Schofield,

Defendant Raymond Trapani requests that his pre-trial release be modified to allow him to travel to visit with his Mother and family in Virginia Beach, Virginia, during the Thanksgiving holiday break. Mr. Trapani would be traveling on November 26, and returning on December 1, 2019.

*AUSA Samson Enzer and Pre-Trial Services Officers Izlia Sanchez (SDNY) and Brian Manganaro (EDNY) do not oppose this proposed modification.*

Thank you for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Counsel to Raymond Trapani*

c: AUSAs Samson Enzer and Negar Tekeei
USPTOs Izlia Sanchez and Brian Manganaro