The Law Offices Of

# Joseph A. Bondy

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
josephbondy@mac.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

January 20, 2020

> Application GRANTED. Defendant Trapani's conditions of bail are temporarily modified to permit travel to the Central District of California from February 15, 2020, through February 23, 2020. All other conditions of bail shall remain in effect. Defendant shall provide his Pretrial Officer with his itinerary. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 253.
>
> Dated: January 22, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Re:  United States v. Sharma, et. al, 18-cr-340 (LGS)

Dear Judge Schofield,

Defendant Raymond Trapani requests that his pre-trial release be modified to allow him to travel to his brother's wedding celebration and ceremony in Los Angeles, California, from February 15 to 23, 2020.

*AUSA Samson Enzer and Pre-Trial Services Officers Izlia Sanchez (SDNY) and Brian Manganaro (EDNY) do not oppose this proposed modification.*

Thank you for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Counsel to Raymond Trapani*

c:  AUSAs Samson Enzer and Negar Tekeei
USPTOs Izlia Sanchez and Brian Manganaro