The Law Offices Of
# Joseph A. Bondy

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
josephbondy@mac.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020

January 29, 2020

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Application GRANTED. Defendant Trapani's conditions of bail are temporarily modified to permit travel to the Southern District of California from February 15, 2020, through February 23, 2020. All other conditions of bail shall remain in effect. Defendant shall provide his Pretrial Officer with his itinerary. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 260.
Dated: January 30, 2020

**Lorna G. Schofield
United States District Judge**

Re: United States v. Sharma, et. al, 18-cr-340 (LGS)

Dear Judge Schofield,

  I write to modify Defendant Raymond Trapani's recent request that his pre-trial release be modified to allow him to travel to his brother's wedding celebration and ceremony, which will be held in San Diego, rather than in Los Angeles, California, from February 15 to 23, 2020. He will return home with a connecting flight in Phoenix, Arizona.

  *AUSA Samson Enzer and Pre-Trial Services Officers Keyana Pompey (SDNY) and Brian Manganaro (EDNY) do not oppose this proposed modification.*

  Thank you for consideration of this application.

                Respectfully submitted,

                _____/S/_____
                Joseph A. Bondy
                *Counsel to Raymond Trapani*

c:  AUSAs Samson Enzer and Negar Tekeei
   USPTOs Keyana Pompey and Brian Manganaro