

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2021

**VIA ECF AND EMAIL**
Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States* v. *Sohrab Sharma et al.*, 18 Cr. 340 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's directives at the hearing in this matter on March 4, 2021, the Government respectfully submits this letter to provide the Court with an update as to settlement discussions between the Government and counsel for the seven Centra Tech investors who filed a third-party petition claiming an interest in the Centra Tech fraud proceeds (the "Claimants"). Counsel for Claimants have reviewed, approved, and join in this letter.

    Per Your Honor's instructions, the Government and counsel for Claimants have conferred about the possibility of reaching a settlement to resolve the Claimants' petition. These discussions, which have included multiple rounds of written communications and a videoconference on March 11, 2021, have been unsuccessful thus far but remain ongoing.

                      Respectfully submitted,

                      ILAN T. GRAFF
                      Attorney for the United States
                      Acting Under 28 U.S.C. § 515

by: /s/
    Samson Enzer / Negar Tekeei / Daniel Loss
    Assistant United States Attorneys
    212-637-2342 / -2482 / -6527

cc: Donald J. Enright, Esq.
    All other counsel of record