The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

Stephanie R. Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572

josephbondy@mac.com

July 6, 2021

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

    Re:    <u>United States v. Sharma, et. al, 18-cr-340 (LGS)</u>

Dear Judge Schofield,

    We write to request that Defendant Raymond Trapani be referred to the Probation Department for preparation of a Pre-Sentence Report (PSR), and that a sentencing control date be set for late September or as soon thereafter as is convenient to the Court.

    *The Government does not oppose this request.*

    Thank you for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Counsel to Raymond Trapani*

c:    AUSAs Samson Enzer and Negar Tekeei