# THE LAW OFFICES OF
# JOSEPH A. BONDY

Joseph A. Bondy

Stephanie R. Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572

josephbondy@mac.com

July 6, 2021

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

*Application Granted. The Probation Office shall conduct a Presentence Investigation and prepare a Presentence Report. Defendant Trapani's sentencing hearing shall be held on **October 25, 2021, at 11:00 a.m**. The Government's pre-sentencing submission, if any, shall be filed by **October 4, 2021**. Defendant's pre-sentencing submission shall be filed by **October 7, 2021**. The Clerk of the Court is directed to terminate the letter motion at docket number 509.
Dated: July 6, 2021*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Re: United States v. Sharma, et. al, 18-cr-340 (LGS)

Dear Judge Schofield,

    We write to request that Defendant Raymond Trapani be referred to the Probation Department for preparation of a Pre-Sentence Report (PSR), and that a sentencing control date be set for late September or as soon thereafter as is convenient to the Court.

    *The Government does not oppose this request.*

    Thank you for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Counsel to Raymond Trapani*

c: AUSAs Samson Enzer and Negar Tekeei