# The Law Offices Of
# Joseph A. Bondy

Joseph A. Bondy

Stephanie R. Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572

josephbondy@mac.com

July 12, 2021

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 512.*

*Dated: July 12, 2021*
*New York, New York*

Lorna G. Schofield
United States District Judge

Re: United States v. Sharma, et. al, 18-cr-340 (LGS)

Dear Judge Schofield,

    I write to request modification of the terms of Defendant Raymond Trapani's Pre-Trial release, to allow him to travel to Boston, Massachusetts, from July 20-23, 2021.

    T*he Government and Pre-Trial Services Office do not oppose this request, and Mr. Trapani shall provide a detailed itinerary to his supervising officer..*

    Thank you for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Counsel to Raymond Trapani*

cc: AUSAs Samson Enzer and Negar Tekeei
USPTO Joshua Rothman
USPTO Izlia Sanchez

USPTO Brian Manganaro