The Law Offices Of

# Joseph A. Bondy

**Joseph A. Bondy**

**Stephanie R. Schuman**
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
josephbondy@mac.com

November 24, 2021

*Application Granted. Defendant Trapani's conditions of bail are temporarily modified to permit travel to the District of New Jersey from December 3, 2021, through December 4, 2021. All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 547.*

*Dated: November 24, 2021*
*New York, New York*

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

/s/ Lorna G. Schofield
**Lorna G. Schofield**
**United States District Judge**

Re:   United States v. Sharma, et. al, 18-cr-340 (LGS)

Dear Judge Schofield,

We respectfully request modification of Raymond Trapani's pre-trial release, to allow him to travel to a wedding in New Jersey, on December 3-4, 2021.

*I have spoken with both AUSA Negar Tekeei and Pre-Trial Services Officer Keyana Pompey, neither of whom oppose this request.*

Thank you for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Counsel to Raymond Trapani*

cc:   AUSA Negar Tekeei;  USPTO Keyana Pompey