The Law Offices Of

# Joseph A. Bondy

**Joseph A. Bondy**

**Stephanie R. Schuman**
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
josephbondy@mac.com

February 8, 2022

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 565.

Dated: February 8, 2022
New York, New York

_/s/ Lorna G. Schofield_
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   United States v. Sharma, et. al, 18-cr-340 (LGS)

Dear Judge Schofield,

 We respectfully request modification of Raymond Trapani's pre-trial release, to allow him to travel with his wife to an event in New Jersey on February 12-14, 2022.

 *I have communicated with AUSA Negar Tekeei, and Pre-Trial Services Officers Brian Manganaro (EDNY) and Keyana Pompey (SDNY), none of whom oppose this request.*

 Thank you for consideration of this application.

                                                        Respectfully submitted,

                                                        _____/S/_____
                                                        Joseph A. Bondy
                                                        *Counsel to Raymond Trapani*

cc:   AUSA Negar Tekeei;  USPTO Keyana Pompey
      USPTO Brian Manganaro