UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA,       :

                                            :       18 Cr. 340-02 (LGS)

          -against-         :

                                            :       <u>ORDER</u>

RAYMOND TRAPANI,              :

                           Defendant,  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for March 14, 2022, is adjourned to **March 30, 2022, at 11:00 a.m.**

Dated: February 23, 2022
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**