UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                    :
UNITED STATES OF AMERICA,          :
                                      :
                                      :       18 Cr. 340-02 (LGS)
             -against-           :
                                      :       <u>ORDER</u>
RAYMOND TRAPANI,                :
                          Defendant,  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Raymond Trapani's sentencing hearing

previously scheduled for March 30, 2022, is adjourned to **April 4, 2022, at 4:00 p.m.** due to a

conflict in the Court's schedule.

Dated: March 29, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**