UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

RAYMOND TRAPANI,

        Defendant.

---

~~Proposed~~
**Order of Restitution**

**S1 18 Cr. 340 (LGS)**

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Negar Tekeei and Daniel Loss, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One through Ten of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

    Raymond Trapani, the Defendant, shall pay restitution in the total amount of:

    (a) $40,000, pursuant to 18 U.S.C. § 3663 and 18 U.S.C. § 3663A, to the victims of the offense charged in Count Six; and

    (b) $50,000, pursuant to 18 U.S.C. § 3663 and 18 U.S.C. § 3663A, to the victims of the offense charged in Count Eight.

    The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability**

    Restitution is not joint and several with other defendants or with others not named herein.

3.  **Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

## 4. Sealing

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _/s/ Negar Tekeei_                                4/20/2022
Negar Tekeei                                          DATE
Daniel Loss
One Saint Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-2482/6527

RAYMOND TRAPANI

By: _/s/ Raymond Trapani_                             4/18/22
Raymond Trapani                                       DATE

By: _/s/ Joseph A. Bondy_                             4/18/2022
Joseph A. Bondy, Esq.                                 DATE
Attorney for Defendant
1776 Broadway, Suite 2000
New York, New York 10019

SO ORDERED:

_/s/ Lorna G. Schofield_                              April 20, 2022
**LORNA G. SCHOFIELD**                                DATE
**UNITED STATES DISTRICT JUDGE**