

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

April 4, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square.
New York, NY 10007

      Re:  *United States v. Raymond Trapani*
           18 Cr. 340 (LGS)

Dear Judge Schofield:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Raymond Trapani, in the Specific Property/Money Judgment was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 578) and no third-party claims have been filed within the statutory period.  Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney
      Southern District of New York


By: _____/s/_____
     Negar Tekeei
     Assistant United States Attorneys
     Tel. (212) 637-2482

*Enclosure*